# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21MJ8410 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21 U.S.C.§ 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |
| Katelynn SHENEMAN, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 13, 2021, within the Southern District of California, defendant, Katelynn SHENEMAN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Abril Pillado
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 17th day of May, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Katelynn SHENEMAN

## STATEMENT OF FACTS

This statement is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) Abril Pillado.

On May 13, 2021, United States Border Patrol Agent (BPA) R. Adams and BPA D. Ruiz were assigned to the Highway 78 Border Patrol Checkpoint, located near Blythe, California. At approximately 8:00 a.m., a red Toyota Prius approached the primary inspection area. As it approached the primary inspection area, BPA Adams' Human/Narcotics Detection Dog (HNDD) alerted to the Prius. BPA Adams then informed BPA Oberg that BPA Adams wanted the Prius sent to the secondary inspection area. Once BPA Oberg was done with his immigration inspection, BPA Adam's heard BPA Oberg was done with the immigration inspection, BPA Adams heard BPA Oberg ask the driver of the Prius for his identification. The driver stated that he did not have a driver's license. BPA Oberg then directed the driver to the secondary inspection area.

Once in secondary inspection area, BPA Adams identified himself to the driver and asked the driver if the Prius belonged to him. The driver stated that it was his vehicle. BPA Adams asked the driver for his identification and the driver stated that he did not have any. BPA Adams asked the driver to exit the vehicle to which the driver complied. A female passenger (identified as Katelynn SHENEMAN) in the back seat on the passenger side held up a package of marijuana. BPA Adams informed SHENEMAN that his HNDD was

3

trained to find marijuana. BPA Adams then asked the male sitting in the backseat on the driver side to exit the vehicle. BPA Adams then had the female sitting in the front passenger seat and SHENEMAN to exit the vehicle.

BPA Pietri, BPA Leblanc, BPA Ortiz, and BPA Adams searched the vehicle. BPA Adams recovered the marijuana and a marijuana pipe from SHENEMAN'S purse. BPA Pietri and BPA Adams were later searching a suitcase from the rear of the vehicle. BPA Pietri and BPA Adams were taking clothes out of the suitcase and unfolding them to make sure nothing was concealed inside them. BPA Pietri moved a white shirt and said he felt something inside it. BPA Adams watched BPA Pietri unfold the shirt and pull out a sandwich style baggie that contained round blue pills that BPA Adams recognized to be fentanyl pills.

BPA Adams informed the subjects that they were all under arrest for possession of fentanyl. All of the subjects were placed in a holding cell. BPA Adams tested the Fentanyl using a Rapid Response test Kit and confirmed the presence of Fentanyl. The fentanyl weighed 77.23 grams together with the baggie that it was in.

On May 13, 2021, at approximately 10:06 a.m., Agents from the Drug Enforcement Administration were notified by USBP and subsequently responded to the USBP Highway 78 Checkpoint. SHENEMAN was placed under arrest and advised of her Rights per Miranda, by Drug Enforcement Administration Special Agent C. Roberts in the English language verbatim from a DEA-13A form. SHENEMAN acknowledged and waived her rights, agreeing to answer questions without the presence of an attorney.

4

Subsequently, SHENEMAN stated she lived in Kingsman, Arizona. SHENEMAN stated she met an unidentified male (UM1) near her home as she was out for a walk and provided the individual with her (SHENEMAN's) phone number. SHENEMAN stated UM1 contacted her days later and asked SHENEMAN to go on a trip with him to visit the beach and a few casinos. SHENEMAN stated she did not know the exact city UM1 was taking her to but stated she agreed to the trip. SHENEMAN stated that this past Saturday (May 8, 2021), UM1 and SHENEMAN departed SHENEMAN's home in a black BMW and arrived in El Centro, CA that same day where they stayed at a hotel.

SHENEMAN stated that after a few days in El Centro with UM1, she began to fear UM1 and was afraid she (SHENEMAN) was a victim of sex trafficking. SHENEMAN stated she then contacted a family friend, the driver of the Prius, and asked him to pick her up at a hotel in El Centro. SHENEMAN stated the driver and two other individuals got to her hotel in El Centro this morning (referring to May 13, 2021) and picked SHENEMAN up along with her (SHENEMAN's) belongings (her personal bags and the suitcase). SHENEMAN then stated they all drove in the Toyota Prius straight to the USBP Highway 78 Checkpoint. Subsequently, SHENEMAN admitted that the suitcase belonged to her but stated that she did not have knowledge that there were drugs in her suitcase. SHENEMAN stated she believed UM1 placed them in her suitcase prior to SHENEMAN leaving the hotel in El Centro.

SHENEMAN was placed under arrest and charged with a violation of Title 21 U.S.C.§ 841(a)(1) for Possession of a Controlled Substance with Intent to Distribute and was issued a Notice to Appear dated May 27, 2021 at 8:00 a.m.